## Luther USSERY v. STATE.
No. 25906.

Court of Criminal Appeals of Texas.
June 18, 1952.

Appellant pro se.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of intoxicating liquor in a dry area; the punishment, 30 days in jail and a fine of $250.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

Doss Hardin, Ft. Worth, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of the offense of possessing liquor for the purpose of sale in a dry area, with a former conviction for a like offense. His punishment was assessed at a fine of $1,000 and one year in jail.

The transcript on appeal contains no notice of appeal, without which this court has no jurisdiction in the matter.

The appeal is accordingly dismissed.